```
                                        FILED
                                        October 4, 2011
      UNITED STATES DISTRICT COURT      CLERK, US DISTRICT COURT
                                        EASTERN DISTRICT OF
                                        CALIFORNIA
   FOR THE EASTERN DISTRICT OF CALIFORNIA
                                        DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER: 2:11-cr-00210 JAM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| PETER KUZMENKO, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Peter Kuzmenko; Case 2:11-cr-00210 JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

- **X**   Unsecured Appearance Bond in the amount of $100,000.00, co-signed by Nikolai Kuzmenko, Michael Nozdrin, Mr. And Mrs. Formichev, Natalya Maksimov and Yelena Yiannakopolous.

- **X**   Appearance Bond secured by all available equity in the Real Property owned by Nikolai Kuzmenko and Michael Nozdrin.

- **X**   (Other) Pretrial Supervision/Conditions; defendant to be released to the custody of Pretrial Services at 8:30 AM on Friday, 10/7/2011 to attend The Effort residential treatment program.

Issued at Sacramento, CA on 10/4/2011 at 10:20 AM

By _____
Kendall J. Newman
United States Magistrate Judge