MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-932-7150

Attorney for Defendant
Peter Kuzmenko

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PETER KUZMENKO <br><br> Defendants. | Case No.: 2:11 CR 210 JAM <br><br> STIPULATION AND ORDER TO RELEASE PROPERTY AND SURETY SECURING BAIL BOND AND ORDER EXONERATING BAIL AS TO DEFENDANT PETER KUZMENKO |

On or about August 9, 2011 Mr. Kuzmenko was arrested on an indictment alleging Mortgage Fraud in case 11 CR 210 JAM. On September 27, 2011, Mr. Kuzmenko was released on conditions, including attending the EFFORT and the posting of property as security.

On or about October 25, 2011 Mr. Kuzmenko was indicted in case 11 CR 450 TLN on a another Mortgage Fraud case involving the same time frame as in case 11 CR 210 JAM. On October 25, 2011 a detention hearing was held and Mr. Kuzmenko was allowed to remain out of custody on the same terms and conditions as case 11 CR 210 JAM.

Approximately 29 months later, on or about March 5, 2014 Mr. Kuzmenko was indicted in case 14 CR 044 MCE on a charge of conspiracy to defraud. The specific allegation against Mr. Kuzmenko is "beginning on or about February 18, 2009, Petr Kuzmenko used Pete's Pool Service bank account to receive multiple federal tax refunds based on false, fictitious and fraudulent tax returns claiming the FTHBC that were filed using Alksandr Kuzmenko's unique EFIN." Again Mr. Peter Kuzmenko was released, this time on a $100,000 unsecured bond.

On or about June 23, 2014 Mr. Kuzmenko used a combination of strong prescription medication, heroin and alcohol. The result caused him to be transported to the hospital on a drug over dose.

As a result Mr. Kuzmenko was remanded and has remained in custody since then. Subsequently, Mr. Kuzmenko has been convicted of several offenses in 11 CR 210 JAM and 11 CR 450 TLN. Mr. Kuzmenko is awaiting sentencing in those matters.

One of the properties that was used to secure Mr. Kuzmenko's release was a property owned by his brother Nikolai Kuzmenko – with a property located at 6641 West 4th Street, Rio Linda, CA 956814.

On behalf of his brother, Mr. Kuzmenko seeks to have the lien against the property located at 6641 West 4th Street, Rio Linda released. The Government has no objection to releasing the lien against Mr. Nikolai Kuzmenko's property.

Dated: July 20, 2015          *Michael Chastaine /s/*_____
                              Michael Chastaine
                              Attorney for Peter Kuzmenko

Dated: July 20, 2015                              *Lee Bickley /s/*_____
                                                  Lee Bickley
                                                  Assistant United States Attorney

**ORDER**

The court having considered the motion orders as follows:

An order having heretofore been made in this case authorizing the clerk of this court to accept the Deed of Trust to secure a bail bond in the matter of Peter Kuzmenko. The deeded property is described as follows: property located at 6641 West 4th Street, Rio Linda, CA 95673

Said deed was deposited in the registry of this court in lieu and place of bail for the appearance of Peter Kuzmenko before the United States District Court for the Eastern District of California. In accordance with the provisions of the bond given by the said defendant; and subsequently the defendant having been returned to custody

The Motion to Exonerate Bond as to Defendant Peter Kuzmenko is GRANTED. The Clerk of this Court shall exonerate said bail and release the above described property forthwith. It is further ordered that the clerk shall execute all necessary documents to effectuate this release.

IT IS SO ORDERED.


Dated:  7/20/2015                         /s/ John A. Mendez_____
                                          Hon. John A. Mendez
                                          U. S. District Court Judge

3